IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MARY COLLAZO,<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 26-cr-051 (CVR)<br><br>18 U.S.C. § 641<br><br>ONE COUNT |

*RECEIVED & FILED CLERK'S OFFICE FEB 10 2026 US DISTRICT COURT SAN JUAN, PR*

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

**Theft of Government Property**
**(18 U.S.C. § 641)**

Between on or about February 1, 2021, and continuing through on or about March 1, 2024, in the District of Puerto Rico, the defendant,

**MARY COLLAZO,**

knowingly and willfully embezzled, stole, and converted to her own use or the use of another, money of the Social Security Administration (SSA), a department or agency of the United States, namely Social Security benefit payments payable to an individual with initials L.C., to which she knew she was not entitled, having a value in excess of $1,000.00.  In violation of 18 U.S.C. § 641.

*United States v. Mary Collazo*
*Information*

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of 18 U.S.C. § 641, charged in Count One of this Information, the defendant, Mary Collazo, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to approximately $32,480 in United States currency.

If any of the property described in paragraph 1 hereof as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of this Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of substitute property. All pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c).

                                        W. STEPHEN MULDROW
                                        United States Attorney

                                        Seth A. Erbe
                                        Assistant United States Attorney
                                        Chief Financial Fraud and Public Corruption Unit

                                        Niranjan Emani
                                        Special Assistant United States Attorney